# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED OCTOBER 31, 2025

## NO. 03-25-00433-CR

**James Richardson Reece, Appellant**

**v.**

**The State of Texas, Appellee**

**APPEAL FROM COUNTY COURT AT LAW NO. 2 OF HAYS COUNTY**
**BEFORE JUSTICES TRIANA, KELLY, AND THEOFANIS**
**DISMISSED FOR WANT OF JURISDICTION -- OPINION BY JUSTICE TRIANA**

This is an appeal from the order of dismissal signed by the trial court on March 20, 2025. Having reviewed the record, it appears that the Court lacks jurisdiction over the appeal. Therefore, the Court dismisses the appeal for want of jurisdiction. Because appellant is indigent and unable to pay costs, no adjudication of costs is made.